# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BRENDA BERNHARDT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **7:05CV5004** |
| | ) | |
| v. | ) | |
| | ) | |
| **HEALTHCARE SERVICES GROUP,** | ) | **ORDER** |
| **and BEVERLY HEALTH CARE,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

On June 9, 2005, the court was advised that this matter was successfully mediated at the Center for Conflict Resolution in Scottsbluff.  Accordingly,

**IT IS ORDERED:**

1. On or before **July 15, 2005**, the parties shall electronically file a joint stipulation for dismissal or other dispositive stipulation, together with submitting to Judge Laurie Smith Camp (smithcamp@ned.uscourts.gov) a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

**DATED June 9, 2005.**

                **BY THE COURT:**

                **s/ F.A. Gossett**
                **United States Magistrate Judge**