IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BRENDA BERNHARDT,** | ) | **CASE NO. 7:05CV5004** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **HEALTHCARE SERVICES GROUP,** | ) | |
| **INC., and BEVERLY HEALTH CARE,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' Stipulated Dismissal with Prejudice (Filing No. 17). The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). Accordingly,

IT IS ORDERED:

1) The Stipulated Dismissal with Prejudice (Filing No. 17) is approved, and the relief requested therein is granted;

2) The Complaint is dismissed with prejudice; and

3) Each party shall pay its own costs and attorneys' fees.

DATED this 1st day of August, 2005.

BY THE COURT

s/Laurie Smith Camp
United States District Judge